IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION DIVISION

| | |
|---|---|
| IN RE:<br>PRUIETT, BRUCE E.<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 06-06448 BB<br><br>JUDGE BRUCE W. BLACK |

## TRUSTEE'S FINAL REPORT

To:   THE HONORABLE BRUCE W. BLACK
      BANKRUPTCY JUDGE

NOW COMES BRADLEY J. WALLER, Trustee herein, and respectfully submits to the Court and to the United States Trustee his/her Final Report and Account in accordance with 11 U.S.C. §704(9).

1.   BRADLEY J. WALLER was appointed as the Chapter 7 trustee ("Trustee"). The Petition commencing this case was filed on 06/05/06. The Trustee was appointed on 06/05/06. An order for relief under Chapter 7 was entered on 06/05/06. The Trustee's case bond is in the amount of $100.00.

2.   The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A. The Trustee has not found it advisable to oppose the Debtor(s) discharge.

3.   The disposition of estate property is set forth in Exhibit B. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.   A summary of the Trustee's Final Report as of is as follows:

| | | |
|---|---|---|
| a. RECEIPTS (See Exhibit C) | $ | 29,687.48 |
| b. DISBURSEMENTS (See Exhibit C) | $ | 15,000.00 |
| c. NET CASH available for distribution | $ | 14,687.48 |
| d. TRUSTEE/PROFESSIONAL COSTS | | |

1. Trustee compensation requested (See Exhibit E)       $         2,218.75
2. Trustee Expenses (See Exhibit E)                     $           291.78
3. Compensation requested by attorney or other
   professionals for trustee (See Exhibit F)            $             0.00
                                                        $_____

5. The Bar Date for filing unsecured claims expired on 10/24/06.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee. The actual dollar amount of claims allowed and/or requested for this estate is as follows:

   a. Allowed unpaid secured claims                              $            0.00
   b. Chapter 7 Administrative and 28 U.S.C. §1930 claims        $        2,510.53
   c. Allowed Chapter 11 Administrative Claims                   $            0.00
   d. Allowed priority claims                                    $            0.00
   e. Allowed unsecured claims                                   $       68,124.91

7. Trustee proposes that unsecured creditors receive a distribution of 17.87% of allowed claims.

8. Total compensation and expense previously awarded to Trustee's counsel, accountant or other professional was $0.00. Professional's compensation and expense requested but not yet allowed is $2,510.53.

. The total of Chapter 7 professional fees and expenses requested for final allowance is $2,510.53. (A summary of the professional fees and expenses previously requested is attached hereto as Exhibit G.)

9. A fee of $850.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowances of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

Dated:  February 20, 2009                    RESPECTFULLY SUBMITTED,


                                             By: _____
                                                 BRADLEY J. WALLER, Trustee
                                                 KLEIN, STODDARD, BUCK, WALLER & LEWIS
                                                 2045 ABERDEEN COURT
                                                 SYCAMORE, IL  60178
                                                 Telephone # (815) 748-0380

Bruce E. Pruiett
06-06448

## TASKS PERFORMED BY TRUSTEE

The Trustee reviewed the Debtor's Schedule of Assets and Liabilities and Statements of Financial Affairs.

The Trustee conducted an examination of the Debtor(s) at the Section 341 meeting of creditors. The Trustee determined that there was equity in debtor's personal residence. The Trustee obtained a court order to sell the residence.

The Trustee prepared semi-annual reports to the United States Trustee's Office.

The Trustee managed the estate's cash on hand. This included investing the estate's funds in interest bearing accounts and maintaining a report of cash receipts and disbursements.

The Trustee examined the Debtor(s) records in an effort to identify additional assets available to the estate for liquidation and to verify the disposition of assets.

The Trustee attended to tax issues concerning the estate.

The Trustee reviewed the claims filed in this case.

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 06-06448 BB
**Case Name:** PRUIETT, BRUCE E.

**Period Ending:** 02/15/09

**Trustee:** (330500)   BRADLEY J. WALLER
**Filed (f) or Converted (c):** 06/05/06 (f)
**§341(a) Meeting Date:** 07/20/06
**Claims Bar Date:** 10/24/06

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | RESIDENCE | 60,000.00 | Unknown | | 83,937.00 | |
| 2 | CASH ON HAND | 50.00 | 0.00 | DA | 0.00 | |
| 3 | HOUSEHOLD GOODS | 500.00 | 0.00 | DA | 0.00 | |
| 4 | WEARING APPAREL | 400.00 | 0.00 | DA | 0.00 | FA |
| 5 | 2004 NISSAN QUEST | 17,275.00 | 0.00 | DA | 0.00 | |
| Int | INTEREST (u) | Unknown | N/A | | 92.25 | Unknown |
| 6 | **Assets**  Totals (Excluding unknown values) | **$78,225.00** | **$0.00** | | **$84,029.25** | |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** December 31, 2007     **Current Projected Date Of Final Report (TFR):** June 1, 2009

Case 06-06448    Doc 66    Filed 03/23/09    Entered 03/23/09 10:09:15    Desc Main Document    Page 6 of 14

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 06-06448 BB | | Trustee: | BRADLEY J. WALLER (330500) |
|---|---|---|---|---|
| Case Name: | PRUIETT, BRUCE E. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Taxpayer ID #: | 13-7564940 | | Account: | ***_*****89-65 - Money Market Account |
| Period Ending: | 02/15/09 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| | | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 04/28/07 | | Professional National Title Network, Inc | Sale of Principal Residence | | 29,558.23 | | 29,558.23 |
| | {1} | | | 1110-000 | | | 29,558.23 |
| | | | Earnest money | 2500-000 | -1,000.00 | | 29,558.23 |
| | | | Chaparro, Lavazza, Kocielko | 4110-000 | -35,229.06 | | 29,558.23 |
| | | | Ct. Order 04/13/07 to Nonbk. sellers | 4120-000 | -6,285.58 | | 29,558.23 |
| | | | County Taxes | 2820-000 | -2,345.34 | | 29,558.23 |
| | | | Title Charges | 2500-000 | -1,043.00 | | 29,558.23 |
| | | | Attorney Renzi Fee | 3210-000 | -250.00 | | 29,558.23 |
| | | | Recording Fees | 2500-000 | -651.52 | | 29,558.23 |
| | | | 2004 Realestate Taxes | 2820-000 | -1,825.27 | | 29,558.23 |
| | | | Realtor Commission | 3510-000 | -5,712.00 | | 29,558.23 |
| 05/03/07 | 1001 | Bruce E. Pruiett | Payment for Homestead Exemption Voided on 05/03/07 | 8100-002 | | 15,000.00 | 14,558.23 |
| 05/03/07 | 1001 | Bruce E. Pruiett | Payment for Homestead Exemption Voided: check issued on 05/03/07 | 8100-002 | | -15,000.00 | 29,558.23 |
| 05/03/07 | 1002 | Bruce E. Pruiett | Payment of Homestead Exemption Voided on 05/03/07 | 8100-002 | | 15,000.00 | 14,558.23 |
| 05/03/07 | 1002 | Bruce E. Pruiett | Payment of Homestead Exemption Voided: check issued on 05/03/07 | 8100-002 | | -15,000.00 | 29,558.23 |
| 05/03/07 | 1003 | Bruce E. Pruiett | Payment of Homestead Exemption | 8100-002 | | 15,000.00 | 14,558.23 |
| 05/07/07 | {1} | Professional National Title Network, Inc | Reimbursement for Clerk Fee paid with 2005 realestateTaxes | 1110-000 | 37.00 | | 14,595.23 |

| | Subtotals : | $29,595.23 | $15,000.00 | |
|---|---|---|---|---|

{} Asset reference(s)                                                            Printed: 02/15/2009 11:34 AM    V.11.03

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 06-06448 BB |
|---|---|
| Case Name: | PRUIETT, BRUCE E. |
| Taxpayer ID #: | 13-7564940 |
| Period Ending: | 02/15/09 |

| Trustee: | BRADLEY J. WALLER (330500) |
|---|---|
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****89-65 - Money Market Account |
| Blanket Bond: | $5,000,000.00 (per case limit) |
| Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 9.34 | | 14,604.57 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 7.53 | | 14,612.10 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 8.32 | | 14,620.42 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 8.06 | | 14,628.48 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 7.29 | | 14,635.77 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 8.59 | | 14,644.36 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 7.61 | | 14,651.97 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 7.46 | | 14,659.43 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 6.70 | | 14,666.13 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 3.00 | | 14,669.13 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 2.72 | | 14,671.85 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 2.04 | | 14,673.89 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.83 | | 14,675.72 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.86 | | 14,677.58 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.86 | | 14,679.44 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.74 | | 14,681.18 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.92 | | 14,683.10 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 1.60 | | 14,684.70 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 1.15 | | 14,685.85 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.04 | | 14,686.89 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.59 | | 14,687.48 |

Subtotals: $92.25 $0.00

{} Asset reference(s)

Case 06-06448 Doc 38 Filed 03/23/09 Entered 03/23/09 10:09:15 Desc Main Document Page 7 of 14

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 06-06448 BB | | Trustee: | BRADLEY J. WALLER (330500) |
| Case Name: | PRUIETT, BRUCE E. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****89-65 - Money Market Account |
| Taxpayer ID #: | 13-7564940 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 02/15/09 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| | | | ACCOUNT TOTALS | | 29,687.48 | 15,000.00 | $14,687.48 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 29,687.48 | 15,000.00 | |
| | | | Less: Payments to Debtors | | | 15,000.00 | |
| | | | NET Receipts / Disbursements | | $29,687.48 | $0.00 | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| MMA # ***-*****89-65 | 29,687.48 | 0.00 | 14,687.48 |
| | $29,687.48 | $0.00 | $14,687.48 |

{} Asset reference(s)

Printed: 02/15/2009 11:34 AM    V.11.03

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION DIVISION

IN RE:
PRUIETT, BRUCE E.

CHAPTER 7 CASE

CASE NO. 06-06448 BB

JUDGE BRUCE W. BLACK

Debtor(s)

## DISTRIBUTION REPORT

I, BRADLEY J. WALLER, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Secured Claims: | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 2,510.53 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 12,176.95 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | **$ 14,687.48** |

EXHIBIT D

**DISTRIBUTION REPORT**                                                                 **PAGE 1**

| 1. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|---|
| Secured Claims | | $ | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 2. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | | $ | 2,510.53 | 100.00% |
| **CLAIM NUMBER** | **CREDITOR** | | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| | BRADLEY J. WALLER<br>Trustee Compensation | | 2,218.75 | 2,218.75 |
| | BRADLEY J. WALLER<br>Trustee Expenses | | 291.78 | 291.78 |

| 3. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in possession (DIP) administrative expenses) | | $ | 0.00 | 0.00% |
| **CLAIM NUMBER CREDITOR** | | | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 4. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | | $ | 0.00 | 0.00% |
| **CLAIM NUMBER CREDITOR** | | | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL | $ | 0.00 |

| 5. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|---|

**EXHIBIT D**

**DISTRIBUTION REPORT**  **PAGE 2**

| | | |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,000.00 | $ 0.00 | 0.00% |
| **CLAIM NUMBER CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | TOTAL    $ | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds | $ 0.00 | 0.00% |
| **CLAIM NUMBER CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | TOTAL    $ | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,000.00 | $ 0.00 | 0.00% |
| **CLAIM NUMBER CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | TOTAL    $ | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,800.00 | $ 0.00 | 0.00% |
| **CLAIM NUMBER CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | TOTAL    $ | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(7) - Alimony | $ 0.00 | 0.00% |
| **CLAIM NUMBER CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | TOTAL    $ | 0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|

**EXHIBIT D**

DISTRIBUTION REPORT                                                                                    PAGE 3

| §724(b)(6) - Tax Liens: | $ | 0.00 | 0.00% |
|---|---|---|---|
| **CLAIM NUMBER  CREDITOR** | | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL  $ | 0.00 |

| 11. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|---|
| §507(a)(8) - Tax claims excluding fines and penalties | | $ | 0.00 | 0.00% |
| **CLAIM NUMBER  CREDITOR** | | | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | | TOTAL  $ | 0.00 |

| 12. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | | $ | 0.00 | 0.00% |
| **CLAIM NUMBER  CREDITOR** | | | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | | TOTAL  $ | 0.00 |

| 13. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | | $ | 68,124.91 | 17.87% |
| **CLAIM NUMBER** | **CREDITOR** | | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| 1 | Chase Bank USA, N.A. | | 4,307.26 | 769.90 |
| 2 | Chase Bank USA, N.A. | | 3,075.12 | 549.66 |
| 3 | Chase Bank USA, N.A. | | 6,102.08 | 1,090.71 |
| 4 | Chase Bank USA, N.A. | | 15,805.84 | 2,825.21 |
| 5 | Citibank/ CHOICE | | 7,003.11 | 1,251.77 |
| 6 | Citibank/ CHOICE | | 3,198.22 | 571.66 |
| 7 | MBNA America BANK N.A. | | 28,633.28 | 5,118.04 |
| | | | TOTAL  $ | 12,176.95 |

| 14. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|---|
| General Unsecured Subordinated claims | | $ | 0.00 | 0.00% |

**EXHIBIT D**

**DISTRIBUTION REPORT**                                                              **PAGE 4**

| CLAIM NUMBER CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|
| TOTAL | $ | 0.00 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(3) - Late unsecured claims | $ 0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|
| TOTAL | $ | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(4) - Fines/penalties | $ 0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|
| TOTAL | $ | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|
| TOTAL | $ | 0.00 |

| 18. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|
| TOTAL | $ | 0.00 |

The following claims are not included in the distribution because they have been disallowed or barred by court order or have been withdrawn by the claimant:

**EXHIBIT D**

**DISTRIBUTION REPORT**                                                                                    PAGE 5

|  |  |  |  | DISALLOWED |
|---|---|---|---|---|
| TYPE OF | CLAIM |  | AMOUNT | /WITHDRAWN |
| CLAIM | NUMBER | CREDITOR AND ADDRESS | OF CLAIM | (DESIGNATE) |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: February 20, 2009                              _____
                                                                      BRADLEY J. WALLER, Trustee

**EXHIBIT D**