**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

IN RE:
PRUIETT, BRUCE E.

Debtor(s)

CHAPTER 7 CASE

CASE NO. 06-06448 BB

JUDGE BRUCE W. BLACK

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO  the Debtor(s), Creditors, and other Parties in Interest:

1.    NOTICE IS HEREBY GIVEN that the Trustee of the above
captioned case has filed a Trustee's Final Report and final
applications for compensation.  A hearing will be held.

At:    **Will County Court Annex
57 N. Ottawa St., Room 201
Joliet, Illinois 60432**

on:    **May 15, 2009**
at:    **9:15 a.m.**

2.    The hearing will be held for the purpose of ruling on any objections
to the Final Report, ruling on applications for compensation and
expenses and any objections to the pending applications and
transacting such other business as may be properly noticed before
the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS
IS WELCOMED BUT IS NOT REQUIRED.

3.    The Trustee's Final Report shows total:

a.  Receipts                          $          29,687.48

b.  Disbursements                     $          15,000.00

c.  Net Cash Available for            $          14,687.48
Distribution

4.    Applications for Chapter 7 fees and administrative expenses have
been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| BRADLEY J. WALLER (Trustee Fees) | 0.00 | $2,218.75 | |
| BRADLEY J. WALLER (Trustee Expenses) | 0.00 | | $291.78 |

5.   Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6.   In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors.  The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7.   Claims of general unsecured creditors totaling $68,124.91 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be 17.87%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Chase Bank USA, N.A. | $  4,307.26 | $    769.90 |
| 2 | Chase Bank USA, N.A. | $  3,075.12 | $    549.66 |
| 3 | Chase Bank USA, N.A. | $  6,102.08 | $  1,090.71 |
| 4 | Chase Bank USA, N.A. | $ 15,805.84 | $  2,825.21 |
| 5 | Citibank/ CHOICE | $  7,003.11 | $  1,251.77 |
| 6 | Citibank/ CHOICE | $  3,198.22 | $    571.66 |
| 7 | MBNA America BANK N.A. | $ 28,633.28 | $  5,118.04 |

8.   Proposed dividends are approximations.  Actual dividends may

differ due to interest accrual, fee reductions, or as ordered by the Court.

9.      The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10.     Debtor has been discharged.

11.     The Trustee proposed to abandon the following property at the hearing:
        a. Cash on hand
        b. Household goods
        c. Wearing apparel
        d. Nissan Quest

Date d: **March 27, 2009**                          For the Court,

_____

                                    <u>**KENNETH S. GARDNER**</u>
                                    Kenneth S. Gardner
                                    Clerk of the U.S. Bankruptcy Court
                                    219 S. Dearborn Street; 7th Floor
                                    Chicago, IL 60604

Trustee:    BRADLEY J. WALLER
Address:    KLEIN, STODDARD, BUCK, WALLER & LEWIS
            2045 ABERDEEN COURT
            SYCAMORE, IL 60178
Phone No.: (815) 748-0380