**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>PRUIETT, BRUCE E.<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 06-06448 BB<br><br>JUDGE BRUCE W. BLACK |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At:  **Will County Court Annex
         57 N. Ottawa St., Room 201
         Joliet, Illinois 60432**

    on:  **May 15, 2009**
    at:  **9:15 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                         $       29,687.48

    b. Disbursements                    $       15,000.00

    c. Net Cash Available for           $       14,687.48
    Distribution

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| BRADLEY J. WALLER (Trustee Fees) | 0.00 | $2,218.75 | |
| BRADLEY J. WALLER (Trustee Expenses) | 0.00 | | $291.78 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| | | | |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7. Claims of general unsecured creditors totaling $68,124.91 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 17.87%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Chase Bank USA, N.A. | $ 4,307.26 | $ 769.90 |
| 2 | Chase Bank USA, N.A. | $ 3,075.12 | $ 549.66 |
| 3 | Chase Bank USA, N.A. | $ 6,102.08 | $ 1,090.71 |
| 4 | Chase Bank USA, N.A. | $ 15,805.84 | $ 2,825.21 |
| 5 | Citibank/ CHOICE | $ 7,003.11 | $ 1,251.77 |
| 6 | Citibank/ CHOICE | $ 3,198.22 | $ 571.66 |
| 7 | MBNA America BANK N.A. | $ 28,633.28 | $ 5,118.04 |

8. Proposed dividends are approximations. Actual dividends may

    differ due to interest accrual, fee reductions, or as ordered by the Court.

9.  The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10.  Debtor has been discharged.

11.  The Trustee proposed to abandon the following property at the hearing:
    a. Cash on hand
    b. Household goods
    c. Wearing apparel
    d. Nissan Quest

Dated: **March 27, 2009**    For the Court,

            **KENNETH S. GARDNER**
            Kenneth S. Gardner
            Clerk of the U.S. Bankruptcy Court
            219 S. Dearborn Street; 7th Floor
            Chicago, IL 60604

Trustee: BRADLEY J. WALLER
Address: KLEIN, STODDARD, BUCK, WALLER & LEWIS
     2045 ABERDEEN COURT
     SYCAMORE, IL 60178
Phone No.: (815) 748-0380

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 1                   Date Rcvd: Mar 27, 2009
Case: 06-06448                 Form ID: pdf002              Total Served: 16

The following entities were served by first class mail on Mar 29, 2009.
db           +Bruce E Pruiett,    1619 N Broadway,    Crest Hill, IL 60403-2629
aty          +John A Reed,    John A Reed Ltd,    63 W Jefferson St   #200,    Joliet, IL 60432-4335
tr           +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
               Sycamore, IL 60178-3140
10761926     +AT&T Universal,    P.O. Box 688916,    Des Moines, IA 50368-8916
10761927     +Chase,   P.O. Box 15298,    Wilmington, DE 19850-5298
10858268     +Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    2101 4th Avenue, Suite 900,
               Seattle, WA 98121-2339
10761928     +CitiCards,    P.O. Box 688914,    Des Moines, IA 50368-8914
10933778      Citibank/ CHOICE,    Exception Payment Processing,    P.O. Box 6305,    The Lakes, NV 88901-6305
10761929     +Crystal L. Chaparro,    25035 Sage Street,    Channahon, IL 60410-5038
10761930      Donald Kocielko,    23035 Sage Street,    Channahon, IL 60410
10761931     +First State Bank,    P.O. Box 839,    Union City, TN 38281-0839
10761932     +Linda Lavazza,    June, Prodehl & Renzi,    1861 Black Rd,    Joliet, IL 60435-3591
10761933     +MBNA America,    P.O. Box 15026,    Wilmington, DE 19850-5026
10940853     +MBNA America BANK N.A.,    Mailstop DE5-014-02-03,    PO BOX 15168,    WILMINGTON, DE 19850-5168
10761934     +Will County Clerk,    302 N Chicago Street,    Joliet, IL 60432-4078
10761935     +Will County Treasurer,    302 N Chicago Street,    Joliet, IL 60432-4059

The following entities were served by electronic transmission.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis,    2045 Aberdeen Court,
               Sycamore, IL 60178-3140
                                                                                                   TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 29, 2009**          **Signature:**  _Joseph Speetjens_