# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: PRUIETT, BRUCE E.                                Case No. 06-06448
                                                         Chapter   7

———————————————————————————,
Debtor

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

BRADLEY J. WALLER, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $18,225.00                Assets Exempt: $0.00

Total Distribution to Claimants: $12,278.73     Claims Discharged
                                                Without Payment: $55,846.18

Total Expenses of Administration: $2,410.73

3) Total gross receipts of $   29,689.46   (see **Exhibit 1** ), minus funds paid to the debtor
and third parties of $   15,000.00   (see **Exhibit 2**), yielded net receipts of $14,689.46
from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 2,410.73 | 2,410.73 | 2,410.73 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from Exhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 0.00 | 68,124.91 | 68,124.91 | 12,278.73 |
| TOTAL DISBURSEMENTS | $0.00 | $70,535.64 | $70,535.64 | $14,689.46 |

4) This case was originally filed under Chapter 7 on June 05, 2006.
. The case was pending for 47 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/06/2010          By: /s/BRADLEY J. WALLER
                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (9/1/2009)

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| RESIDENCE | 1110-000 | 29,595.23 |
| Interest Income | 1270-000 | 94.23 |
| **TOTAL GROSS RECEIPTS** | | **$29,689.46** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Bruce E. Pruiett | Payment for Homestead Expemption | 8100-002 | 0.00 |
| Bruce E. Pruiett | Payment of Homestead Exemption | 8100-002 | 0.00 |
| Bruce E. Pruiett | Payment of Homestead Exemption | 8100-002 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$15,000.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBIT 3 –SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL SECURED CLAIMS | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRADLEY J. WALLER | 2100-000 | N/A | 2,218.95 | 2,218.95 | 2,218.95 |
| BRADLEY J. WALLER | 2200-000 | N/A | 191.78 | 191.78 | 191.78 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 2,410.73 | 2,410.73 | 2,410.73 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Chase Bank USA, N.A. | 7100-000 | N/A | 4,307.26 | 4,307.26 | 776.34 |
| Chase Bank USA, N.A. | 7100-000 | N/A | 3,075.12 | 3,075.12 | 554.25 |
| Chase Bank USA, N.A. | 7100-000 | N/A | 6,102.08 | 6,102.08 | 1,099.83 |
| Chase Bank USA, N.A. | 7100-000 | N/A | 15,805.84 | 15,805.84 | 2,848.82 |
| Citibank/ CHOICE | 7100-000 | N/A | 7,003.11 | 7,003.11 | 1,262.23 |
| Citibank/ CHOICE | 7100-000 | N/A | 3,198.22 | 3,198.22 | 576.44 |
| MBNA America BANK N.A. | 7100-000 | N/A | 28,633.28 | 28,633.28 | 5,160.82 |
| TOTAL GENERAL UNSECURED CLAIMS | | 0.00 | 68,124.91 | 68,124.91 | 12,278.73 |

UST Form 101-7-TDR (9/1/2009)

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 06-06448

**Case Name:** PRUIETT, BRUCE E.

**Period Ending:** 05/06/10

**Trustee:**    (330500)    BRADLEY J. WALLER

**Filed (f) or Converted (c):**  06/05/06 (f)

**§341(a) Meeting Date:**  07/20/06

**Claims Bar Date:**  10/24/06

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | RESIDENCE | 60,000.00 | Unknown | | 29,595.23 | FA |
| 2 | CASH ON HAND | 50.00 | 0.00 | DA | 0.00 | FA |
| 3 | HOUSEHOLD GOODS | 500.00 | 0.00 | DA | 0.00 | FA |
| 4 | WEARING APPAREL | 400.00 | 0.00 | DA | 0.00 | FA |
| 5 | 2004 NISSAN QUEST | 17,275.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 94.23 | FA |
| 6 | **Assets**     Totals (Excluding unknown values) | **$78,225.00** | **$0.00** | | **$29,689.46** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**     December 31, 2007

**Current Projected Date Of Final Report (TFR):**     March 23, 2009  (Actual)

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 06-06448 | |
| **Case Name:** PRUIETT, BRUCE E. | |
| **Taxpayer ID #:** **.***4940 | |
| **Period Ending:** 05/06/10 | |

| | |
|---|---|
| **Trustee:** | BRADLEY J. WALLER (330500) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***.*****89-65 - Money Market Account |
| **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/28/07 | {1} | Professional National Title Network, Inc | Sale of Principal Residence | 1110-000 | 29,558.23 | | 29,558.23 |
| 05/03/07 | 1001 | Bruce E. Pruiett | Payment for Homestead Exempmtion<br>Voided on 05/03/07 | 8100-002 | | 15,000.00 | 14,558.23 |
| 05/03/07 | 1001 | Bruce E. Pruiett | Payment for Homestead Exempmtion<br>Voided: check issued on 05/03/07 | 8100-002 | | -15,000.00 | 29,558.23 |
| 05/03/07 | 1002 | Bruce E. Pruiett | Payment of Homestead Exemption<br>Voided on 05/03/07 | 8100-002 | | 15,000.00 | 14,558.23 |
| 05/03/07 | 1002 | Bruce E. Pruiett | Payment of Homestead Exemption<br>Voided: check issued on 05/03/07 | 8100-002 | | -15,000.00 | 29,558.23 |
| 05/03/07 | 1003 | Bruce E. Pruiett | Payment of Homestead Exemption | 8100-002 | | 15,000.00 | 14,558.23 |
| 05/07/07 | {1} | Professional National Title Network, Inc | Reimbursement for Clerk Fee paid with 2005 realestateTaxes | 1110-000 | 37.00 | | 14,595.23 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 9.34 | | 14,604.57 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 7.53 | | 14,612.10 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 8.32 | | 14,620.42 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 8.06 | | 14,628.48 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 7.29 | | 14,635.77 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 8.59 | | 14,644.36 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 7.61 | | 14,651.97 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 7.46 | | 14,659.43 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 6.70 | | 14,666.13 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 3.00 | | 14,669.13 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 2.72 | | 14,671.85 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 2.04 | | 14,673.89 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.83 | | 14,675.72 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.86 | | 14,677.58 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.86 | | 14,679.44 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.74 | | 14,681.18 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.92 | | 14,683.10 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 1.60 | | 14,684.70 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 1.15 | | 14,685.85 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.04 | | 14,686.89 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.59 | | 14,687.48 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.55 | | 14,688.03 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.63 | | 14,688.66 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.59 | | 14,689.25 |
| 05/12/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.21 | | 14,689.46 |

Subtotals :   $29,689.46   $15,000.00

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 06-06448 | **Trustee:** BRADLEY J. WALLER (330500) |
| **Case Name:** PRUIETT, BRUCE E. | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| | **Account:** ***_*****89-65 - Money Market Account |
| **Taxpayer ID #:** **-***4940 | **Blanket Bond:** $5,000,000.00  (per case limit) |
| **Period Ending:** 05/06/10 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/12/09 | | To Account #********8966 | | 9999-000 | | 14,689.46 | 0.00 |
| | | | ACCOUNT TOTALS | | 29,689.46 | 29,689.46 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 14,689.46 | |
| | | | **Subtotal** | | **29,689.46** | **15,000.00** | |
| | | | Less: Payments to Debtors | | | 15,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$29,689.46** | **$0.00** | |

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 06-06448
**Case Name:** PRUIETT, BRUCE E.

**Taxpayer ID #:** \*\*-\*\*\*4940
**Period Ending:** 05/06/10

**Trustee:** BRADLEY J. WALLER (330500)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** \*\*\*-\*\*\*\*\*89-66 - Checking Account
**Blanket Bond:** $5,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/12/09 | | From Account #\*\*\*\*\*\*\*\*8965 | | 9999-000 | 14,689.46 | | 14,689.46 |
| 05/15/09 | 101 | BRADLEY J. WALLER | Dividend paid 100.00% on $2,218.95, Trustee Compensation; Reference: | 2100-000 | | 2,218.95 | 12,470.51 |
| 05/15/09 | 102 | BRADLEY J. WALLER | Dividend paid 100.00% on $191.78, Trustee Expenses; Reference: | 2200-000 | | 191.78 | 12,278.73 |
| 05/15/09 | 103 | Chase Bank USA, N.A. | Dividend paid 18.02% on $4,307.26; Claim# 1; Filed: $4,307.26; Reference: | 7100-000 | | 776.34 | 11,502.39 |
| 05/15/09 | 104 | Chase Bank USA, N.A. | Dividend paid 18.02% on $3,075.12; Claim# 2; Filed: $3,075.12; Reference: | 7100-000 | | 554.25 | 10,948.14 |
| 05/15/09 | 105 | Chase Bank USA, N.A. | Dividend paid 18.02% on $6,102.08; Claim# 3; Filed: $6,102.08; Reference: | 7100-000 | | 1,099.83 | 9,848.31 |
| 05/15/09 | 106 | Chase Bank USA, N.A. | Dividend paid 18.02% on $15,805.84; Claim# 4; Filed: $15,805.84; Reference: | 7100-000 | | 2,848.82 | 6,999.49 |
| 05/15/09 | 107 | Citibank/ CHOICE | Dividend paid 18.02% on $7,003.11; Claim# 5; Filed: $7,003.11; Reference: | 7100-000 | | 1,262.23 | 5,737.26 |
| 05/15/09 | 108 | Citibank/ CHOICE | Dividend paid 18.02% on $3,198.22; Claim# 6; Filed: $3,198.22; Reference: | 7100-000 | | 576.44 | 5,160.82 |
| 05/15/09 | 109 | MBNA America BANK N.A. | Dividend paid 18.02% on $28,633.28; Claim# 7; Filed: $28,633.28; Reference: | 7100-000 | | 5,160.82 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 14,689.46 | 14,689.46 | **$0.00** |
| Less: Bank Transfers | 14,689.46 | 0.00 | |
| **Subtotal** | 0.00 | 14,689.46 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$14,689.46** | |

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 06-06448 | |
| **Case Name:** | PRUIETT, BRUCE E. | |
| **Taxpayer ID #:** | **-***4940 | |
| **Period Ending:** | 05/06/10 | |

| | |
|---|---|
| **Trustee:** | BRADLEY J. WALLER (330500) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******89-66 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # ***-*****89-65** | 29,689.46 | 0.00 | 0.00 |
| **Checking # ***-*****89-66** | 0.00 | 14,689.46 | 0.00 |
| **Checking # 9200-******89-66** | 0.00 | 0.00 | 0.00 |
| | $29,689.46 | $14,689.46 | $0.00 |